IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


RICHARD D SMITH,

     Petitioner,

v.                                                   CASE NO. 1:05-cv-00030-MP-MD

JAMES R MCDONOUGH,
W WHITEHURST,

     Respondents.

_____/

## O R D E R

This matter is before the Court on Doc. 34, Report and Recommendation of the

Magistrate Judge, recommending that Petitioner's habeas petition be dismissed as procedurally

defaulted.  The Petitioner filed objections, doc. 40, which the Court has reviewed.  The Court

agrees with the Magistrate Judge that the Petitioner failed to raise his Fifth Amendment

argument on direct appeal.  Accordingly, that claim – the sole claim raised here – is procedurally

defaulted.  Therefore, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and
incorporated herein.

2.     This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this  *4th*  day of October, 2006


*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge